JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FAMILY CONSOLIDATED, INC.,<br><br>　　　　Defendant. | Case No. CV 20-05639 AB (SKx)<br><br>ORDER DISMISSING CIVIL ACTION |

　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  July 28, 2020　　　　　　_____
　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.